Andrew SOLIS

v.

UNITED STATES of America.

No. 6965.

United States Court of Appeals
Tenth Circuit.

Feb. 28, 1962.

Walter L. Gerash, Denver, Colo., for appellant.

Lawrence M. Henry, U. S. Atty., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed February 28, 1962, on motion of appellee on ground appeal is moot.